## GEORGE B. LARNED *versus* WOLCOTT LAWRENCE

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript filed *p. 641; (2) appearances *p. 666; (3) continued *p. 685; (4) motion to set aside continuance granted *p. 693; (5) jury trial, verdict, judgment *p. 716.

PAPERS IN FILE: (1) Appeal bond; (2) transcript of county court record; (3) declaration in county court; (4) plea of non assumpsit in county court; (5) panel of jurors; (6) verdict; (7) promissory note; (8) copy of promissory note; (9) memo. of agreement.

*Office Docket*, MS p. 83, c. 21.

## JOHN ANDERSON *versus* JOSEPH LORANGER

JOURNAL ENTRIES (1819): *Journal 2:* (1) Transcript filed *p. 641; (2) appearances, continued *p. 685; (3) motion to set aside continuance granted *p. 692; (4) cognovit, judgment, execution stayed *p. 702.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 83, c. 22.